IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAY SELLERS,                              No. CIV.S-06-1245 DFL DAD PS

     Plaintiff,

  v.                                      ORDER

ESPRESSO ROMA, INC., et al.,

     Defendants.
_____/

     Plaintiff, proceeding pro se, has filed a document styled "amended complaint."  That document suggests that plaintiff now intends to pursue this action against defendants.  However, pursuant to plaintiff's request for voluntary dismissal, this case was closed on June 29, 2006.  Accordingly, plaintiff's most recent submission will be placed in the court file and will not be further responded to by the court.  Plaintiff is advised that no order will issue in response to any document submitted for filing in this case in the

/////

/////

1

1  future unless the document is one appropriately filed in a closed
2  case pursuant to an applicable federal rule.
3  DATED: October 18, 2006.

                                             */s/ Dale A. Drozd*
                                             DALE A. DROZD
                                             UNITED STATES MAGISTRATE JUDGE

7  DAD:th
   ddad1\orders.prose\sellers1245.58